**THE HONORABLE RICHARD A. JONES**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A THINKING APE, INC.<br>A Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LODSYS GROUP, LLC, a Texas limited liability company,<br><br>　　　　　　　　　　Defendants. | Case No. 2:12-cv-00883-RAJ<br><br>**RULE 7.1 DISCLOSURE OF LODSYS GROUP, LLC** |

Pursuant to FED. R. CIV. P. 7.1, defendant Lodsys Group, LLC ("Lodsys") hereby discloses, by and through its undersigned counsel, that it is a limited liability company. Lodsys's parent company is Lodsys Holdings Group, LLC.

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

RULE 7.1 DISCLOSURE OF
LODSYS GROUP, LLC - 1
Case No. 3:12-cv-00883-RAJ

Newman Du Wors LLP
1201 Third Avenue, Suite 1600
700 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 452-0260
FAX: (206) 397-3062

1     RESPECTFULLY SUBMITTED this 6th day of June, 2012.

                    KELLEY, GOLDFARB, GILL, HUCK & ROTH, PLLC

                    *s/ Kit W. Roth*
                    Michael A. Goldfarb, WSBA No. 13492
                    Christopher M. Huck, WSBA No. 34104
                    Kit W. Roth, WSBA No. 33059
                    700 Fifth Avenue, Suite 6100
                    Seattle, WA 98104
                    Telephone:  (206) 452-0260
                    Facsimile:  (206) 397-3062
                    E-mail:  goldfarb@kdg-law.com
                                huck@kdg-law.com
                                roth@kdg-law.com

                    Attorneys for Defendant Lodsys Group, LLC

RULE 7.1 DISCLOSURE OF
LODSYS GROUP, LLC - 2
Case No. 3:12-cv-00883-RAJ

Kelley/Goldfarb
Gill/Huck ) Roth/PLLC
700 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE:  (206) 452-0260
FAX:  (206) 397-3062

**CERTIFICATE OF SERVICE**

On June 6, 2012, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

ibaramblackwell@wsgr.com

nstafford@wsgr.com

Executed on this 6th day of June, 2012, at Seattle, Washington.

*s/Kit W. Roth*
Kit W. Roth

RULE 7.1 DISCLOSURE OF
LODSYS GROUP, LLC - 3
Case No. 3:12-cv-00883-RAJ

Nhool\/J R og id ue
J ioo/K xfn ) Ur wk /SOof
700 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 452-0260
FAX: (206) 397-3062