1

**THE HONORABLE RICHARD A. JONES**

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10   A THINKING APE, INC., a Delaware corporation,          CASE NO.: 2:12-cv-00883 RAJ

11                    Plaintiff,                            **STIPULATION FOR DISMISSAL
                                                            WITH PREJUDICE**

12           v.

13   LODSYS GROUP, LLC, a Texas limited liability
     company,

14

15                    Defendant.

16

17         All claims and counterclaims asserted in this action by and between Plaintiff A Thinking

18   Ape, Inc. and Defendant Lodsys Group, LLC have been settled.  Accordingly, pursuant to Fed.

19   R. Civ. P. 41(a)(1)(A)(i), Plaintiff A Thinking Ape, Inc. and Defendant Lodsys Group, LLC

20   hereby request dismissal of all claims between them in this action with prejudice and with each

21   party to bear its own costs, expenses, and attorneys' fees.

22         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this notice of dismissal is being filed before

23   Defendant Lodsys Group, LLC has served an answer or a motion for summary judgment.

24

25

26

27

**STIPULATION FOR DISMISSAL WITH
PREJUDICE**
CASE NO. 2:12-CV-00883 RAJ

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Respectfully submitted,

Dated:  September 12, 2012

s/ Inessa Baram-Blackwell
Inessa Baram-Blackwell, WSBA #39904
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  ibaramblackwell@wsgr.com

Nicole W. Stafford, admitted *Pro Hac Vice*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746
Telephone: (512) 338-5400
Facsimile:   (512) 338-5499
Email: nstafford@wsgr.com

Attorneys for Plaintiff *A THINKING APE, INC.*

Dated:  September 12, 2012

s/ Christopher M. Huck
Christopher M. Huck, WSBA #34104
**KELLEY, GOLDFARB, GILL, HUCK & ROTH, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile:   (206) 397-3062
Email: huck@kdg-law.com

Attorney for Defendant *LODSYS GROUP, LLC*

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
CASE NO. 2:12-CV-00883 RAJ

-2-

## <u>CERTIFICATE OF SERVICE</u>

1

2          I hereby certify that on September 12, 2012, I filed the foregoing with the Clerk of the

3   Court using the CM/ECF system, and served all parties via ECF.

4   Dated:  September 12, 2012

5
                                                    s/ Inessa Baram-Blackwell
6                                                   Inessa Baram-Blackwell, WSBA #39904

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE
CASE NO. 2:12-CV-00883 RAJ

5133511_3.DOCX

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**THE HONORABLE RICHARD A. JONES**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A THINKING APE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LODSYS GROUP, LLC, a Texas limited liability company,<br><br>Defendant. | CASE NO.: 2:12-cv-00883 RAJ<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

In consideration of Plaintiff A Thinking Ape, Inc.'s notice of voluntary dismissal of all claims between Plaintiff A Thinking Ape, Inc. and Defendant Lodsys Group, LLC, it is ORDERED that all claims and counterclaims asserted in this suit between Plaintiff A Thinking Ape, Inc. and Defendant Lodsys Group, LLC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

Dated this _____ day of _____, 2012.

_____
**HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE**

[PROPOSED] ORDER GRANTING DISMISSAL
WITH PREJUDICE
CASE NO.  2:12-CV-00883 RAJ

-1-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1    Presented by:

2    s/ Inessa Baram-Blackwell
     Inessa Baram-Blackwell, WSBA #39904
3    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
4    701 Fifth Avenue, Suite 5100
     Seattle, WA  98104-7036
5    Telephone:  (206) 883-2500
     Facsimile:   (206) 883-2699
6    Email:  ibaramblackwell@wsgr.com

7    Nicole W. Stafford, admitted *Pro Hac Vice*
     WILSON SONSINI GOODRICH & ROSATI
8    Professional Corporation
     900 South Capital of Texas Highway
9    Las Cimas IV, Fifth Floor
     Austin, TX 78746
10   Telephone: (512) 338-5400
     Facsimile:   (512) 338-5499
11   Email:  nstafford@wsgr.com

12   Attorneys for Plaintiff *A THINKING APE, INC.*

13

14   s/ Christopher M. Huck
     Christopher M. Huck, WSBA #34104
15   KELLEY, GOLDFARB, GILL, HUCK & ROTH, PLLC
     700 Fifth Avenue, Suite 6100
16   Seattle, Washington 98104
     Telephone: (206) 452-0260
17   Facsimile:   (206) 397-3062
     Email:  huck@kdg-law.com
18
     Attorney for Defendant *LODSYS GROUP, LLC*
19

20

21

22

23

24

25

26

27

**[PROPOSED] ORDER GRANTING DISMISSAL**          -2-                     WILSON SONSINI GOODRICH & ROSATI
**WITH PREJUDICE**                                                          701 Fifth Avenue, Suite 5100
CASE NO.  2:12-CV-00883 RAJ                                                  Seattle, WA  98104-7036
                                                                             Tel: (206) 883-2500
                                                                             Fax: (206) 883-2699