AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Western District of Washington in Seattle___ on the following

☐ Trademarks or   ☑ Patents.   (  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1 2-883RAJ | DATE FILED<br>5/21/2012 | U.S. DISTRICT COURT<br>Western District of Washington in Seattle |
|---|---|---|
| PLAINTIFF<br><br>A Thinking Ape, Inc. | | DEFENDANT<br><br>Lodsys Group, LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,999,908 | 12/7/1999 | Lodsys Group, LLC |
| 2 | 7,133,834 | 11/7/2006 | Lodsys Group, LLC |
| 3 | 7,222,078 | 5/22/2007 | Lodsys Group, LLC |
| 4 | 7,620,565 | 11/17/2009 | Lodsys Group, LLC |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>WILLIAM MCCOOL | (BY) DEPUTY CLERK   C. Ledesma<br><br>/s/ Melody Byrd | DATE   Dec. 12/12<br><br>May 22, 2012 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**